

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VICTOR AGUIRRE, | Case No.: 2:21-cv-03136-SB-DFM |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE RE: DISMISSAL |
| AYKAZ OVSEPYAN, AS TRUSTEE OF THE OVESPYAN FAMILY TRUST; AND DOES 1 TO 10, | |
| Defendants. | |

The parties filed a notice of settlement on August 18, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice. If the parties file a proposed order to dismiss the entire action with prejudice by September 24, 2021, the case will be dismissed and this order to show cause discharged without further notice. Otherwise, the defendant shall file a response to the complaint by October 1, 2021, and the parties should be prepared for the Court to set a date for the mandatory scheduling conference within 30 days thereafter.

Dated: August 18, 2021

Stanley Blumenfeld, Jr.
United States District Judge